Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−10439−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

James W. Domnick
9650 Laura Brown Road
Meadville, PA 16335−7237

Diane Shafer Domnick
aka Diane Domnick
9650 Laura Brown Road
Meadville, PA 16335−7237

Social Security No.:
xxx−xx−9998

xxx−xx−1268

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
January 8, 2024
01:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
January 8, 2024
01:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/17/23

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10439-JCM |
| James W. Domnick | Chapter 13 |
| Diane Shafer Domnick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: rsc13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James W. Domnick, Diane Shafer Domnick, 9650 Laura Brown Road, Meadville, PA 16335-7237 |
| 15631879 | + | Carolyn Treglia, Esq., Brock & Scott PLLC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |
| 15631895 | + | Hillcrest Davidson & Associates, 1771 International Pkwy, Richardson, TX 75081-1865 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Nov 17 2023 23:08:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2023 23:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15631874 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 17 2023 23:07:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 15631875 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 17 2023 23:07:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15636738 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 17 2023 23:07:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15645545 | + | Email/Text: bkfilings@zwickerpc.com | Nov 17 2023 23:08:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15631877 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:38 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15631876 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:23 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15631880 | | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15631886 | | Email/Text: bankruptcy@cefcu.com | Nov 17 2023 23:08:00 | Cefcu, 200 N MacArthur Highway, Peoria, IL 61605 |

Case 23-10439-JCM   Doc 22   Filed 11/19/23   Entered 11/20/23 00:27:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: rsc13 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 15631884 | | Email/Text: bankruptcy@cefcu.com | Nov 17 2023 23:08:00 | Cefcu, Attn: Bankruptcy, Po Box 1715, Peoria, IL 61656 |
| 15631885 | | Email/Text: bankruptcy@cefcu.com | Nov 17 2023 23:08:00 | Cefcu, Attn: Bankruptcy, Po Box 1805, Peoria, IL 61656 |
| 15631882 | | Email/Text: bankruptcy@cefcu.com | Nov 17 2023 23:08:00 | Cefcu, Box 1715, Peoria, IL 61656 |
| 15631888 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:07:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 15644535 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:07:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15631878 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:17:31 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15634950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:17:20 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15631881 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15632651 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15631887 | ^ | MEBN | Nov 17 2023 22:59:36 | Citizens Bank, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15636060 | | Email/Text: mrdiscen@discover.com | Nov 17 2023 23:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15631889 | + | Email/Text: mrdiscen@discover.com | Nov 17 2023 23:07:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15631890 | + | Email/Text: mrdiscen@discover.com | Nov 17 2023 23:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15631892 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 17 2023 23:07:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15631891 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 17 2023 23:07:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15654716 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2023 23:08:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15631894 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2023 23:08:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15631893 | ^ | MEBN | Nov 17 2023 23:00:00 | Freedom Mortgage Corporation, 951 W Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 15631896 | + | Email/Text: ahamilton@hillcrestdavidson.com | Nov 17 2023 23:08:00 | Hillcrest Davidson & Associates, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 15631897 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:17:30 | LVNV Funding LLC, C/o Resurgent Capital Services, Po Box 10497, Greenville, SC 29603-0497 |
| 15652176 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:07:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15640239 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2023 23:07:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15631899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2023 23:06:59 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15631898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2023 23:05:46 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 15647056 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15654590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:17:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15643935 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:08:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15650831 | | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:17:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15631883 | *P++ | CEFCU, ATTN ATTN BANKRUPTCY, PO BOX 1715, PEORIA IL 61656-1715, address filed with court:, Cefcu, Box 1715, Peoria, IL 61656 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane Shafer Domnick julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor James W. Domnick julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6