**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−10439−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| James W. Domnick<br>9650 Laura Brown Road<br>Meadville, PA 16335−7237 | Diane Shafer Domnick<br>aka Diane Domnick<br>9650 Laura Brown Road<br>Meadville, PA 16335−7237 |

Social Security No.:
xxx−xx−9998                                               xxx−xx−1268

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 5, 2024<br>02:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>February 5, 2024<br>02:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/9/24                                               BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-10439-JCM |
|---|---|
| James W. Domnick | Chapter 13 |
| Diane Shafer Domnick | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: rsc13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James W. Domnick, Diane Shafer Domnick, 9650 Laura Brown Road, Meadville, PA 16335-7237 |
| 15631879 | + | Carolyn Treglia, Esq., Brock & Scott PLLC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |
| 15631895 | + | Hillcrest Davidson & Associates, 1771 International Pkwy, Richardson, TX 75081-1865 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2024 23:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 09 2024 23:55:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2024 23:55:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15631874 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 09 2024 23:55:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 15631875 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 09 2024 23:55:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15636738 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 09 2024 23:55:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15645545 | + | Email/Text: bkfilings@zwickerpc.com | Jan 09 2024 23:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15631877 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2024 00:05:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15631876 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2024 00:05:23 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15631880 | | Email/Text: bankruptcy@cavps.com | Jan 09 2024 23:55:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15631886 | | Email/Text: bankruptcy@cefcu.com | Jan 09 2024 23:55:00 | Cefcu, 200 N MacArthur Highway, Peoria, IL 61605 |

Case 23-10439-JCM    Doc 28    Filed 01/11/24    Entered 01/12/24 00:27:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 3 |
| Date Rcvd: Jan 09, 2024 | Form ID: rsc13 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15631884 | | Email/Text: bankruptcy@cefcu.com | Jan 09 2024 23:55:00 | Cefcu, Attn: Bankruptcy, Po Box 1715, Peoria, IL 61656 |
| 15631885 | | Email/Text: bankruptcy@cefcu.com | Jan 09 2024 23:55:00 | Cefcu, Attn: Bankruptcy, Po Box 1805, Peoria, IL 61656 |
| 15631882 | | Email/Text: bankruptcy@cefcu.com | Jan 09 2024 23:55:00 | Cefcu, Box 1715, Peoria, IL 61656 |
| 15631888 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 09 2024 23:55:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 15644535 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 09 2024 23:55:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15631878 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 00:05:36 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15634950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 00:06:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15631881 | + | Email/Text: bankruptcy@cavps.com | Jan 09 2024 23:55:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15632651 | + | Email/Text: bankruptcy@cavps.com | Jan 09 2024 23:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15631887 | ^ | MEBN | Jan 09 2024 23:51:43 | Citizens Bank, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15636060 | | Email/Text: mrdiscen@discover.com | Jan 09 2024 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15631889 | + | Email/Text: mrdiscen@discover.com | Jan 09 2024 23:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15631890 | + | Email/Text: mrdiscen@discover.com | Jan 09 2024 23:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15631892 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 09 2024 23:55:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15631891 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 09 2024 23:55:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15654716 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2024 23:55:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15631894 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2024 23:55:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15631893 | ^ | MEBN | Jan 09 2024 23:51:25 | Freedom Mortgage Corporation, 951 W Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 15631896 | + | Email/Text: ahamilton@hillcrestdavidson.com | Jan 09 2024 23:55:00 | Hillcrest Davidson & Associates, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 15631897 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 00:05:22 | LVNV Funding LLC, C/o Resurgent Capital Services, Po Box 10497, Greenville, SC 29603-0497 |
| 15652176 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 00:05:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15640239 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 00:05:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15631899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 00:05:34 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15631898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 00:05:22 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 15647056 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2024 23:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15654590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2024 00:06:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15643935 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2024 23:55:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15650831 | | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 00:05:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15631883 | *P++ | CEFCU, ATTN ATTN BANKRUPTCY, PO BOX 1715, PEORIA IL 61656-1715, address filed with court:, Cefcu, Box 1715, Peoria, IL 61656 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane Shafer Domnick julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor James W. Domnick julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6