**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES W. DOMNICK<br>DIANE SHAFER DOMNICK<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Movant<br>  vs.<br>No Respondents. | Case No.:23-10439<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/28/2023 and confirmed on 02/08/2024 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,552.99 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,547.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,307.45 | |
|   Trustee Fee | 1,593.18 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,900.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 21,647.36 | 0.00 | 21,647.36 |
|     Acct: 2906 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 39,017.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 2096 | | | | |
| | | | | 21,647.36 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES W. DOMNICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES W. DOMNICK | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,307.45 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ABSOLUTE RESOLUTIONS INVESTMENTS | 10,925.46 | 0.00 | 0.00 | 0.00 |

| 23-10439 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 2966 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK-AE | 311.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3004 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,364.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 9764 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 7,470.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 3298 | | | | |
| | CEFCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5295 | | | | |
| | CITIZENS EQUITY FCU | 9,628.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 130 | | | | |
| | CITIZENS BANK NA | 11,477.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 3053 | | | | |
| | DISCOVER BANK(*) | 440.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 2808 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 472.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 5641 | | | | |
| | HILLCREST DAVIDSON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6804 | | | | |
| | LVNV FUNDING LLC | 597.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 1982 | | | | |
| | MERRICK BANK | 855.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 5296 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR VE | 702.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 9792 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 15,869.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 8749 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 1,337.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 8157 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 145.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | | 21,647.36 |
|---|---|---|---|---|---|

TOTAL CLAIMED
- PRIORITY            0.00
- SECURED         39,017.93
- UNSECURED       62.599.16

Date: 08/04/2025                                       /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com